**SUPPRESSED**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 06-30166-DRH |
| | ) | |
| ALMONTIE M. SHIELDS, | ) | Title 21 |
| TREMAYNE R. SHIELDS, | ) | United States Code |
| TERREZ D. SHIELDS, | ) | Sections 841 and 846 |
| RODNEY W. McCARRON, | ) | |
| GUILLERMO ORDUNO, | ) | |
| ROOSEVELT JOHNSON III, | ) | Title 18 |
| CHARLES A. LEWIS, | ) | United States Code |
| KEVIN L. WILLIAMS, and | ) | Sections 2 and 922(g)(1). |
| AARON L. MOLTON | ) | |
| | ) | |
| Defendants. | ) | |

FILED
NOV 15 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

## SECOND SUPERSEDING INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

**Conspiracy to distribute, and possess with intent to distribute, marijuana and cocaine**

From in or about the Fall of 2003 until June 2006, in St. Clair County, within the Southern District of Illinois, and elsewhere,

**ALMONTIE M. SHIELDS,**
**TREMAYNE R. SHIELDS,**
**TERREZ D. SHIELDS,**
**RODNEY W. McCARRON,**
**CHARLES A. LEWIS,**
**KEVIN L. WILLIAMS, and**
**AARON L. MOLTON**

defendants herein, and Victor M. Zamora, Jr., Gilbert Rainey, Bernell L. Love, and Melvin T. Williams, who have previously been indicted, did conspire and agree with each other and with

others, known and unknown to the Grand Jury, to knowingly and intentionally distribute, and possess with intent to distribute, a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance, and a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii) and (vii); all in violation of Title 21, United States Code, Section 846.

The total amount of cocaine involved in the conspiracy which was reasonably forseeable to the defendants was 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine. The total amount of marijuana involved in the conspiracy which was reasonably forseeable to the defendants was 1,000 kilograms or more of a mixture or substance containing a detectable amount of marijuana.

**COUNT 2**

**Distribution of cocaine**

On or about October 25, 2005, in St. Clair County, within the Southern District of Illinois, and the City of St. Louis, within the Eastern District of Missouri,

**TREMAYNE R. SHIELDS,**

defendant herein, and Melvin T. Williams, who has previously been indicted, did knowingly and intentionally distribute a detectable amount of a mixture or substance containing cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT 3

**Distribution of marijuana**

On or about November 24, 2005, in St. Clair County, within the Southern District of Illinois, and in Rolla, Missouri, within the Western District of Missouri,

**ALMONTIE M. SHIELDS ,**

defendant herein, and Victor M. Zamora, Jr., and Gilbert Rainey, who have previously been indicted, did knowingly and intentionally distribute 100 kilograms or more of a mixture or substance containing a detectible amount of marijuana, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vii), and Title 18, United States Code, Section 2.

## COUNT 4

**Distribution of marijuana**

On or about November 10, 2005, in Collinsville, Illinois, within the Southern District of Illinois,

**ALMONTIE M. SHIELDS,**

defendant herein, and Bernell L. Love, who has previously been indicted, did knowingly and intentionally distribute a detectible amount of a mixture or substance containing marijuana, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT 5

### Distribution of cocaine

On or about March 24, 2006, in St. Clair County, within the Southern District of Illinois,

**RODNEY W. McCARRON,**

defendant herein, and Victor M. Zamora, Jr., who has previously been indicted, did knowingly and intentionally distribute a detectable amount of a mixture or substance containing cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT 6

### Possession with intent to distribute cocaine

On or about January 26, 2007, in St. Clair County, within the Southern District of Illinois,

**GUILLERMO ORDUNO**

defendant herein, and Guillermo Castro, Audel Medina, and Victor Zamora, Jr., who have previously been indicted, did knowingly and intentionally possess with the intent to distribute five (5) kilograms or more of a mixture or substance containing cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

## COUNT 7

**Distribution of cocaine**

On or about October 9, 2005, in St. Clair County, within the Southern District of Illinois,

**ROOSEVELT JOHNSON III,**
**CHARLES A. LEWIS, and**
**TREMAYNE R. SHIELDS**

defendants herein, did knowingly and intentionally distribute 500 grams or more of a mixture or substance containing a detectible amount of cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(ii), and Title 18, United States Code, Section 2.

## COUNT 8

**Distribution of cocaine**

On or about June 21, 2006, in St. Clair County, within the Southern District of Illinois,

**KEVIN L. WILLIAMS, and**
**AARON L. MOLTON**

defendants herein, did knowingly and intentionally distribute 500 grams or more of a mixture or substance containing a detectible amount of cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(ii), and Title 18, United States Code, Section 2.

**COUNT 9**

**Felon in possession of a firearm**

On or about February 17, 2007, in St. Clair County, Illinois, within the Southern District of Illinois,

**ROOSEVELT JOHNSON** III,

defendant herein, having been convicted of Aggravated Battery, on September 28, 2006, in the Court for the Twentieth Judicial Circuit, St. Clair County, Illinois, Case Number 06-CF-959, a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce a firearm, to wit, a Desert Eagle, Model 50AE, semiautomatic pistol, .50 caliber, serial number 81454, in violation of Title 18, United States Code, Section 922(g)(1).

**A TRUE BILL**

FOREPERSON

ANDREW R. SIMONSON
Assistant United States Attorney

RANDY G. MASSEY
Acting United States Attorney

Recommended Bond: Detention for all Defendants