IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHARLES A. LEWIS, et al.,

    Defendants.                         Case No. 06-CR-30166-13-DRH

**ORDER**

**HERNDON, Chief Judge:**

Before the Court is a Motion to Continue Sentencing Hearing (Doc. 557), filed by defendant Charles Lewis. Sentencing is currently set for October 24, 2008, but Defendant seeks additional time of at least thirty days in order to negotiate certain aspects of his charges, in the hopes of obtaining a reduction in his possible sentence. The Motion further states that the Government has no objection to a continuance. For good cause, the Motion to Continue (Doc. 557) is **GRANTED**. Accordingly, the sentencing hearing for defendant Lewis is hereby continued to **Friday, December 5, 2008 at 2:30 p.m.**

    **IT IS SO ORDERED**.

Signed this 23rd day of October, 2008.

                                             /s/    David R Herndon
                                             **Chief Judge**
                                             **United States District Court**